```
                                                              FILED
                                                           April 8, 2013
         UNITED STATES DISTRICT COURT FOR THE          CLERK, US DISTRICT COURT
                                                       EASTERN DISTRICT OF
         EASTERN DISTRICT OF CALIFORNIA                    CALIFORNIA
                                                            DEPUTY CLERK
```

UNITED STATES OF AMERICA,        )
                                 )           Case No. 2:13-mj-00102-DAD
             Plaintiff,          )
v.                               )
                                 )           ORDER FOR RELEASE OF
RICHARD LEE GRAY,                )           PERSON IN CUSTODY
                                 )
             Defendant.          )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release RICHARD LEE GRAY, Case No. 2:13-mj-00102-DAD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____   Release on Personal Recognizance

_X_    Bail Posted in the Sum of: $50,000.00.

       _X_   Co-Signed Unsecured Appearance Bond

       ____  Secured Appearance Bond

       _X_   (Other) Conditions as stated on the record.

       _X_   (Other) The Defendant is to be released to the custody of the Pretrial Services Officer on April 9, 2013.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 4/8/2013 at 2:47 pm.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge