The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA | Case Number: 13-CR-129 TLN |
| V. | **STIPULATION AND ORDER FOR RELEASE** |
| Richard Lee Grey | |

In the matter at bar Defendant seeks to reinstate the Release Order issued by the Hon. Edmund F. Brennan on April 8, 2013 and rescind the Detention Order issued by Judge Brennan on April 17 2013. Further, Defendant seeks to alter the Conditions of Release issued pursuant to the Release Order of April 8, 2013 by deleting all references to Hope, Health and Healing and substituting Recovery Now in its place.

Defendant was ordered released on April 8, 2013 after a contested hearing at which the Government moved for detention. As a condition of that release Defendant was ordered to report to the rehabilitation center Hope, Health and Healing within 24 hours.

Unfortunately, bed space at Hope Health and Healing was not available. At the April 17, 2013 arraignment date the Government moved that Defendant be detained for failure of the condition subsequent, i.e. enrollment in Hope, Health and Healing.

The Court ordered Defendant detained until appropriate space in a rehabilitation center was available.

Pretrial services Officer Steve Sheehan has located an organization he feels is appropriate. It is named Recovery Now, with locations in Sacramento and Roseville. A space is available for Defendant and fees have been paid for his stay there as of May 1, 2013

Both Mr. Sheehan and AUSA Michelle Rodriguez (without waiving her previous objections to release) have agreed to stipulate to Defendant's release to Recovery Now.

IT IS THEREFORE STIPULATED:

The Detention Order of April 17, 2013 be rescinded and the Release Order of April 8, 2013 be reinstated with references to Hope, Health and Healing be stricken and Recovery Now substituted in its place.

Dated:  May 1, 2013
BENJAMIN WAGNER
United Sates Attorney

_____/s/_____
Michelle Rodriguez
ASSISTANT UNITED STATES ATTORNEY

Dated: May 1, 2013

OLAF W. HEDBERG

_____/S/_____
Olaf W. Hedberg
ATTORNEY FOR RICHARD GREY

IT IS SO ORDERED

The Detention Order of April 17, 2013 be rescinded and the Release Order of April 8, 2013 be reinstated with references to Hope, Health and Healing stricken and Recovery Now substituted in their place.

**Date:  5/2/2013**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE