BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR NO.  2:13-cr-129-TLN |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE AND TO EXCLUDE TIME; |
| RICHARD LEE GRAY, | ) AND ORDER |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between each party's counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and OLAF HEDBERG, attorney for defendant Richard Lee Gray, that the status conference hearing date of June 6, 2013, be rescheduled for a status conference hearing on July 11, 2013, at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to further review discovery, have further discussions with his client, have further discussions with the United States, and otherwise engage in additional defense preparation.  The parties

STIPULATION RE SPEEDY TRIAL ACT AND ORDER               1

1   agree that a volume of discovery has been provided, including

2   numerous documents, police reports, federal law enforcement reports,

3   victim information, images, reports regarding search warrant

4   evidence, recordings, copies of stolen US Mail, and forensic reports.

5   In addition, defense counsel has been occupied in on-going trial on

6   an unrelated matter.

7       Based upon the foregoing, the parties agree that the time under

8   the Speedy Trial Act should be excluded from the date of signing of

9   this order through and including July 11, 2013, pursuant to 18 U.S.C.

10  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code

11  T4 based upon continuity of counsel and defense preparation.

12

13  DATED:  June 4, 2013                 BENJAMIN WAGNER
                                         United States Attorney
14

15                                            Michelle Rodriguez
                                         /s/ _____
16                                       MICHELLE RODRIGUEZ
                                         Assistant U.S. Attorney
17

18  DATED:  June 4, 2013                 Respectfully submitted,

19                                            Michelle Rodriguez for
                                         (by consent on 6/4/13)
20                                       /s/ _____
                                         OLAF HEDBERG
21                                       Defendant's Attorney

22  ///

23

24

25

26

27

28

1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11

12                              )
                                )
13  UNITED STATES OF AMERICA,    ) CR NO.  2:13-cr-129-TLN
                                )
14                  Plaintiff,  )
                                )
15      v.                       ) ORDER CONTINUING STATUS CONFERENCE
                                ) AND EXCLUDE TIME UNDER SPEEDY TRIAL
16  RICHARD LEE GRAY,            ) ACT
                                )
17                  Defendant.  )
    _____)

18      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

19  ORDERED that the  June 6, 2013, status conference hearing be

20  continued to July 11, 2013, at 9:30 a.m..

21      Based on the representation of defense counsel and good cause

22  appearing therefrom, THE COURT HEREBY FINDS that the failure to grant

23  a continuance in this case would deny defense counsel reasonable time

24  necessary for effective preparation, taking into account the exercise

25  of due diligence.  FURTHER, the Court finds that the ends of justice

26  to be served by granting a continuance outweigh the best interests of

27  the public and the defendant in a speedy trial.

28

STIPULATION RE SPEEDY TRIAL ACT AND ORDER          3

1    Accordingly, it is ordered that time up to and including the

2  July 11, 2013 status conference shall be excluded from computation of

3  time within which the trial of this matter must be commenced under

4  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and

5  (B)(iv) and Local Code T-4, to allow defense counsel reasonable time

6  to prepare.

7

8  DATED:    June 4, 2013

9

10

11  _____
    Troy L. Nunley
    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28