The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

THE UNITED STAES OF AMERICA

V.

Richard Lee Grey

Case Number: 13-CR-129 TLN

**STIPULATION AND
ORDER FOR CHANGE OF RESIDENCE**

In the matter at bar Defendant seeks to alter the Release Order issued by the Hon. Kendall J. Newman on May 3, 2013 and alter the Conditions of Release issued pursuant to that Order by deleting all references to Recovery Now and substituting 22235 Foresthill Rd., Space 27, Foresthill, CA 95631 in its place.

Defendant was ordered released on May 3, 2013 to Recovery Now, a live-in rehabilitation facility. Since that date Defendant has complied with all terms of his pretrial release, including and especially that he refrain from the use of drugs and alcohol.

Defendant seeks to return to live at his home where he has, and will, act as caretaker for his elderly mother. Further, the cost of his residency at Recovery Now exceeds his ability to pay

and Defendant has begun to incur debt as a result-debt that could hamper the stability of his living situation once he is released from custody in this case.

I have spoken with PTSO Steve Sheehan and AUSA Michelle Rodriguez regarding this and both have agreed to stipulate to alter Defendant's Release Order to allow for residency at 22235 Foresthill Rd., Space 27, Foresthill, CA 95631.

IT IS THEREFORE STIPULATED:

The Release Order of May 3, 2013 be altered, with references to Recovery Now be stricken and 22235 Foresthill Rd., Space 27, Foresthill, CA 95631 substituted in its place.

Dated: January 2, 2014

BENJAMIN WAGNER
United Sates Attorney

_____/s/_____
Michelle Rodriguez
ASSISTANT UNITED STATES ATTORNEY

Dated: January 2, 2014

OLAF W. HEDBERG

_____/S/_____
Olaf W. Hedberg
ATTORNEY FOR RICHARD GREY

1  The Release Order of May 3, 2013 be altered, with references to Recovery Now be
2  stricken and 22235 Foresthill Rd., Space 27, Foresthill, CA 95631 substituted in its place.
3  IT IS SO ORDERED.
4  Dated: January 2, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Dad1.crim
13cr0129.Grey.stip.re.release.home.docx